**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7469**

MICHAEL ALONZA RUFUS,

        Petitioner - Appellant,

    v.

WARDEN, Coffee Correctional Institution,

        Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Greenville. Margaret B. Seymour, Senior District Judge. (6:20-cv-01104-MBS)

Submitted: July 14, 2021                           Decided: July 30, 2021

Before GREGORY, Chief Judge, and WILKINSON and NIEMEYER, Circuit Judges.

Affirmed as modified by unpublished per curiam opinion.

Michael Alonza Rufus, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Alonza Rufus appeals the district court's order adopting the magistrate judge's recommendation and dismissing his 28 U.S.C. § 2241 petition for relief from a supervised release violation warrant in his federal criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order, *see Rufus v. Warden*, No. 6:20-cv-01104-MBS (D.S.C. Sept. 8, 2020), but we modify the dismissal to be without prejudice, *see* 28 U.S.C. § 2106; *Timms v. Johns*, 627 F.3d 525, 533 (4th Cir. 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*